### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JON M. COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 09-1050-GPM |
| | ) |
| PAT QUINN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

**MURPHY, District Judge:**

This matter is before the Court on Plaintiff's motion to renew his motion for appointment of counsel. This Court summarily dismissed this action pursuant to 28 U.S.C. § 1915A and denied Plaintiff's post-judgment motion under Federal Rule of Civil Procedure 59(e). Because this case is closed and there are no matters currently pending before the Court, the motion to renew the motion for appointment of counsel (Doc. 9) is **DENIED.**

**IT IS SO ORDERED.**

DATED: 10/19/10

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge